# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> PETRICE M. MARINI, et al., <br><br>  Defendants. | Case No.: 1:16-CV-0477-AWI - JLT <br><br> ORDER GRANTING THE REQUEST TO AMEND THE ANSWER; ORDER THAT THE MOTION TO DISMISS AND MOTIONT O STRIKE ARE MOOT <br><br> (Docs. 13, 14, 18) |

On July 11, 2016, the defendants filed their answer. (Doc. 9) The answer did not follow the typical format and contained extraneous matter. Thus, the plaintiff filed a motion to dismiss any counterclaim that may have been made in the answer (Doc. 13) and a motion to strike the extraneous matter (Doc. 14)

On August 24, 2016, the defendants filed a document titled "Motion to Amend Answer," though, in truth, it was an amended answer rather than a motion.[1] (Doc. 18) The plaintiff responded and noted it did not have opposition to the filing of the amended answer but reserved its right to take further action related to the amended answer, if it deemed necessary. (Doc. 19) Thus, the Court **ORDERS**:

1. The amended answer is deemed filed. The Clerk of the Court is DIRECTED to correct the docket entry to reflect that Doc. 18 is an amended answer, rather than a motion to amend.

---

[1] In future, no amended pleading may be filed absent a motion seeking to do so or a stipulation of all the parties to do so and the Court's order permitting it.

1

The plaintiff is entitled to take further action related to the amended answer, if it deems necessary;

    2.    The motion to dismiss whatever counterclaims may have been asserted in the original answer (Doc. 13) and the motion to strike extraneous matter in the original answer (Doc. 14) are **MOOT**.

IT IS SO ORDERED.

Dated: **August 30, 2016**                              /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE