**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **J & J Sports Productions, Inc.,**<br><br>Plaintiff,<br><br>vs.<br><br>**Petrice Marini, et al.,**<br><br>Defendants. | **CASE NO. 1:16-cv-00477-AWI-JLT**<br><br>[~~Proposed~~] **ORDER GRANTING STIPULATION RE DISMISSAL OF COUNT IV OF PLAINTIFF'S COMPLAINT**<br>(Doc. 47) |

The parties have agreed that this action will not proceed on Count IV (Violation of California Business and Professions Code Section 17200, et seq.) of plaintiff's complaint and have agreed further that each party will bear its/her own fees costs related to this Count. (Doc. 47) The stipulation relies upon Federal Rules of Civil Procedure 41(a)(1) which makes it effective upon its signing without further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Thus, the Court **ORDERS**, the stipulation is **GRANTED**. The action will not proceed upon Count IV according to the stipulation of the parties.

IT IS SO ORDERED.

Dated: __August 22, 2017__           __/s/ Jennifer L. Thurston__
                                UNITED STATES MAGISTRATE JUDGE