# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PETRICE M. MARINI, et al., <br><br> Defendants. | CASE NO. 1:16-cv-477-AWI-JLT <br><br> **ORDER SETTING A BREIFING SCHEDULE FOR PLAINTIFF'S MOTIONS FOR DAMAGES, ATTORNEY'S FEES, AND COSTS** |

For Plaintiff's motion for damages:

The deadline for Plaintiff to file a motion is January 8, 2018.

The deadline for Defendant to file an opposition is January 22, 2018.

The deadline for Plaintiff to file a reply is January 29, 2018.

For Plaintiff's motion for attorney's fees and costs:

The deadline for Plaintiff to file a motion is fourteen (14) days after the court's ruling on Plaintiff's motion for damages

The deadline for Defendant to file an opposition is fourteen (14) days after the filing of Plaintiff's motion.

The deadline for Plaintiff to file a reply is seven (7) days after the filing of Defendant's opposition.

IT IS SO ORDERED.

Dated: November 14, 2017

_____
SENIOR DISTRICT JUDGE